UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | JULIO LORA | BK NO.: 1:10-bk-12722 |
| | Debtor | |
| | MAYRA LORA | |
| | Joint Debtor | |

CONSENT ORDER

By agreement and consent of Ocwen Loan Servicing, LLC ("Lender"), and the Debtors, Julio Lora and Mayra Lora, it is hereby:

ORDERED, ADJUDGED AND DECREED

1. Lender holds a second lien position mortgage (the "Mortgage") which encumbers the Debtors' property located at 404 Union Avenue, Providence, Rhode Island (the "Property").

2. The present value of the Property is less than the indebtedness owed to the first priority mortgage holder and therefore, Lender's claim (the "Claim") secured by the Mortgage is subject to modification in accordance with Sections 1322 and 1325.

3. The Claim shall be an unsecured claim, however, in accordance with Section 1325(a)(5) if this case is dismissed or converted without completion of the Plan, the Mortgage shall be retained by the Lender as a lien on the Property to the extent recognized by applicable nonbankruptcy law.

BY THE COURT THIS __9th__ DAY OF __September 2010_____.

_____
U.S. Bankruptcy Judge

AGREED TO:
OCWEN Loan Servicing, LLC

JULIO LORA
MAYRA LORA

/s/ John B. Ennis
JOHN B. ENNIS, ESQ. #2135
1200 Reservoir Avenue
Cranston, Rhode Island 02920

/s/ Lynn Bouvier Kapiskas
Lynn Bouvier Kapiskas, Esq.
RI # 3921
Law Offices of Mark L. Smith
176 Eddie Dowling Highway
North Smithfield, RI 02896
 Tel (401) 769-4120
(Local Counsel)

/s/ Susan Cody
SUSAN CODY, ESQ.
Korde & Associates
321 Billerica Road Suite 210
Chelmsford, MA 01824-4100

Case 1:10-bk-12722    Doc 28    Filed 09/09/10    Entered 09/09/10 15:37:29    Desc Main
Document      Page 3 of 3