UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:

    JULIO LORA                                BK-10-12722
    MAYRA LORA
            Debtors                      CHAPTER 13

## NOTICE OF CHAPTER 13 PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtors have completed all payments under the confirmed Chapter 13 plan.

The debtors are not entitled to a discharge unless after filing a petition the debtors complete an instructional course concerning personal finance management as described in 11 U.S.C. §111.

/s/John Boyajian
John Boyajian
Chapter 13 Trustee
182 Waterman Street
Providence, RI 02906
Tel:(401)223-5550
Fax:(401)223-5548

## CERTIFICATION

I hereby certify that a copy of the within Notice of Chapter 13 Completion was mailed, postage prepaid, to Mr. & Mrs. Julio Lora, 404 Union Ave., Cranston, RI 02909 and electronically mailed to John Ennis, Esq. at jbelaw@aol.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on January 31, 2014.

/s/Martha Hunt